**Order entered February 3, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00560-CR

### JOSE DAVID GUTIERREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F16-23201-H**

## ORDER

We **REINSTATE** this appeal.

We abated for a hearing because appellant's brief had not been filed. On January 31, 2020, a supplemental clerk's record containing the trial court's findings from that hearing were filed. We **ADOPT** the findings that (1) appellant wishes to prosecute this appeal; (2) appellant, who is indigent, is represented by counsel Jeffrey King who was retained by appellant's family; (3) because appellant is indigent, he is entitled to the reporter's record without charge; and (4) counsel has not abandoned the appeal but needs additional time to file the reporter's record and the brief.

We **VACATE** our September 24, 2019 order to the extent it ordered the appeal submitted without a reporter' record.  We **ORDER** court reporter Sharyl Zeno to file the reporter's record filed by **March 20, 2020**. Appellant's brief is due by **April 20, 2020**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tina Yoo Clinton, Presiding Judge, Criminal District Court No. 1; to court reporter Sharyl Zeno, Criminal District Court No. 1; to Jeffrey King; and to the Dallas County District Attorney's Office, Appellate Division.

/s/     BILL PEDERSEN, III
JUSTICE